**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| A.A., A MINOR, BY AND THROUGH HIS NATURAL PARENT, STEVE ALTES, SEAN BOOZER, PAUL BRIGHT, BILLY CHOI, RON GILBERT, LINNETTE HARRIGAN, AND MAURICE TYSON,<br>Plaintiff,<br><br>v.<br><br>AFTRA RETIREMENT FUND,<br><br>Defendant. | Case No. 1:20-cv-11119-ALC |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs voluntarily dismiss this case without prejudice and without costs. No Answer or responsive pleadings have been filed into the record of this matter.

Dated: June 4, 2026

Respectfully Submitted,

By: *<u>/s/ M. Anderson Berry</u>*

M. Anderson Berry (Admitted *Pro Hac Vice*)
**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
916.823.6955 (Tel)
206.441.9711 (Fax)
anderson@emeryreddy.com